# *REVISED* PROPOSED JURY INSTRUCTION NO. ___
## STIPULATIONS[1]

You have heard me say that the parties have stipulated to certain facts. This agreement makes the presentation of any evidence to prove this fact unnecessary. The agreement means that you must accept this fact as true.

In this case, the parties have stipulated to the following facts:

1. The Equal Employment Opportunity Commission ("EEOC") is an agency of the United States of America.

2. Western Distributing Company ("Western") is headquartered in Denver, Colorado.

3. Western's Reefer division specializes in providing over-the-road and local transportation of refrigerated commodities, though not all loads transported are refrigerated.

4. Reefer employs Department of Transportation (DOT) certified drivers who can be either Over-the-Road ("OTR") (who drive longer distances and typically sleep in their trucks) or Local/Regional (who typically come home at the end of the day), but the physical requirements are the same for both jobs.

5. Local drivers for Western drive DOT-regulated vehicles on routes within a 100-mile radius of Denver.

6. Western's United States Armored Company Division is called USAC.  USAC employs DOT-certified drivers who work in two-person teams.

7. Western's Towing division employs drivers of heavy wreckers, rollback (flatbed) trucks, and other vehicles to handle towing, hauling, and recovery tasks.

8. Western employs yard hostlers to wash, sanitize, inspect, inventory, and fuel trailers, as well as repairing chains, and handling yard maintenance tasks.

9. Western also employs dispatchers. A dispatcher is an office position that, among other things, coordinates with Western drivers and customers about deliveries.

10. Until approximately 2018, Western had a small Auto Transport division, which employed DOT-certified drivers to load, transport, unload, and deliver vehicles using an enclosed commercial truck.

---

[1] *E.E.O.C. v. Western Trading Company*, No. 10-cv-02387-WJM-MJW,2013 WL 1285825 (D.Colo. March 7, 2013)(Martinez)(Jury Instructions in ADA Case)

11. Western used to have a Beverage Division, which closed in 2010.

12. Since at least 2008, Western has used Aviation & Occupational Medicine (Aviation) to conduct DOT certification exams and workers' compensation evaluations of Western's drivers.

13. In 2007, Western engaged ErgoMed Work Systems ("ErgoMed") to conduct post-offer and fitness-for-duty physical tests for various Western driving positions.

14. Pinnacol Assurance is Western's worker's compensation carrier.

15. When the parties reference an "OTR truck", they are referring to both the tractor and trailer.

16. The "fifth wheel" is what connects and locks a truck's tractor to its trailer.

17. Jennifer Maddox was employed as Western's Director of Human Resources from March 2008 to December 2017.

18. During Jennifer Maddox's employment with Western, she was also known as Jennifer Prochaska.

19. Between 2008 and 2017, Western had between 285 and 441 employees.

20. Lakesha McLemore was employed as Western's Director of Human Resources until March 2008.

21. Stephanie Dechant was employed as Western's Director of Human Resources beginning in 2017 to mid-2018.

22. Vieri Gaines is the Chief Executive Officer (CEO) of Western.

23. Martin (Marty) Garcia is the Vice President of Western Distributing Transportation Corporation. He has been in this role since October 2018.

24. Martin (Marty) Rau is the General Manager of Western's Reefer division. He has been in this role since July 2017.

25. Michael Padilla has been employed as Western's Safety Director since March 2014.

26. Mark Respass was employed as Western's Safety Director from August 2010 until March 2014.