IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

**Case Number:** 16-cv-1727-WJM-STV
Equal Employment Opportunity Commission
v.
Western Distributing Company

## NOTE TO COURT

√ We the jury have reached a verdict.

___ We the jury have a question.

_____

_____

_____

_____

1:45 pm 1/30/23
**Date & Time**

### Answer from the Court

_____

_____

_____

_____

_____

_____

**Date & Time**                    **Judge William J. Martínez**